**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF OHIO
WESTERN DIVISION**

Rita R. Brogan,                                   Case No. 3:14CV714

       Plaintiff

       v.                                         **ORDER**

Commissioner of Social Security,

       Defendant

This is a social security disability case in which Magistrate Judge Vernelis K. Armstrong has, on reference, filed an Report and Recommendation recommending remand for further proceedings. (Doc. 19). The Commissioner has filed a notice that the agency will file no objection to the Report and Recommendation. (Doc. 20).

I have *sua sponte* reviewed *de novo* the Report and Recommendation on its merits, and find it well take in all respects.

It is hereby

ORDERED THAT:

1.      The Report and Recommendation of Magistrate Judge Vernelis K. Armstrong (Doc. 19) be, and the same hereby is adopted as the order of this Court; and

2.	This cause be, and the same hereby is remanded to the Commissioner for further proceedings in accordance with the Report and Recommendation.

So ordered.[1]

/s/ James G. Carr
Sr. U.S. District Judge

---

[1] For further information re. this Court's case management preferences, see: http://www.ohnd.uscourts.gov/home/judges/judge-james-g-carr/civil-cases-case-management-procedures/